ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

**ENTERED**
JUL 23 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

**FILED**
JUL 23 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

| | |
|---|---|
| In re:<br><br>**TINA QUEDDENG SAN FILIPPO<br>AKA TINA QUEDDENG** | Chapter 13<br>Case No. **6:09-bk-18109-TD**<br><br>**ORDER CONFIRMING<br>CHAPTER 13 PLAN**<br><br>Hearing Date: **June 04, 2009**<br>Hearing Time: **1:30**<br>Courtroom: **301** |

The debtor's petition was filed on **April 23, 2009**, and the Plan, or the final modified Plan if any, was served on the creditors pursuant to Bankruptcy Rule 3015, and the court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

64. The Debtor's Plan is confirmed with the following provisions:

    The plan payment amount is **$300.00**. The due date is the **23rd** day of each month for **60** months. The plan provides for the payment of **19.00**% of allowed claims of general unsecured creditors.

65. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by debtor.

66. Other Provisions:

    a. **X** This is a base plan with the debtor paying $ **18,000.00** of disposable income, or the above referenced percentage of unsecured claims, whichever is greater. In addition to monthly payments, all tax refunds are pledged to the plan. The court retains jurisdiction to hear the Trustee's motion to compel debtor to pay all disposable income into the Plan. Debtor shall submit statements of income annually to the Trustee, and the Trustee may petition the Court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the plan, are paid 100%.

    b. **X** The Trustee is authorized to make payments to holders of secured claims based on Debtor's plan.

    c. **X** Debtor's attorney is awarded fees of **$4,000.00**; having received $ **3,400.00**, counsel is entitled to $ **$600.00** from the estate to be paid in an amount of not more than 50% of each plan payment until paid in full.

    d. **X** The "Plan Interlineations" set forth in the "Trustee's Report" are incorporated herein by this reference and made a part of this order.

Dated: JUL 23 2009

_____
United States Bankruptcy Judge